ETHEL M. LENHARD, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Determination and judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

PIETRO SABATINO, Appellant, v. THOMAS CRIMMINS CONTRACTING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

BRADY-OLTARSH CONSTRUCTION COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ORINOCO REALTY COMPANY, INC., Appellant, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Proceeding No. 3.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

FANNIE SELIG, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CATHERINE SPROCK, as Administratrix, etc., Appellant, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent, Impleaded with Others. CATHERINE SPROCK, as Administratrix, etc., Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY and Others, Respondents.— Judgments affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Laughlin, J., dissented.

BIRD S. COLER, Commissioner of Public Charities of the City of New York, on Complaint of ANNA FEUERMAN, Respondent, v. LOUIS GROSSMAN, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Dowling, J., dissented.

ABRAHAM W. SHIVERTS, Respondent, v. WILLIAM T. SHERMAN, as Trustee in Bankruptcy of FRANK SIMON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of STUART M. KOHN, an Attorney.— Proceeding dismissed. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of ELBERT S. BOUGHTON, an Attorney.— Upon respondent's application for further time to submit cross-interrogatories, he is allowed ten days from date to file such cross-interrogatories provided he files a consent to an open commission in case he does not file said cross-interrogatories within said time. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.